STATE of Missouri, Respondent,

v.

Robert E. MADISON, Appellant.

No. WD 61968.

Missouri Court of Appeals,
Western District.

Sept. 30, 2003.

Nancy A. McKerrow, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Breck Burgess, Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

## ORDER

PER CURIAM.

Mr. Robert E. Madison appeals his conviction by a jury for violating section 565.073, RSMo 2000, domestic assault in the second degree. For the reasons set forth in the memorandum provided to the parties, we affirm the judgment of the trial court. Rule 30.25(b).